No. 968. STANEK v. CIVIL SERVICE COMMISSION OF CITY OF PITTSBURGH ET AL. Allegheny County Ct. (now Common Pleas Ct.). Certiorari denied. *Robert E. Kline* for petitioner. *Robert E. Dauer* for respondents.

No. 753, Misc. HAYNES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *James W. Sherman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg, and Ronald L. Gainer* for the United States. ▮.

No. 773, Misc. GAFFORD v. ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 831, Misc. BULLARD v. SHEEHY, REFORMATORY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 978, Misc. GUIDO v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit, and Kirby W. Patterson* for the United States.

No. 1080, Misc. ROBINSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frederic A. Johnson* for petitioner. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1171, Misc. FULLER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Ezekiel G. Stoddard* and *A. Alvis Layne* for petitioner. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg, and Paul C. Summitt* for the United States.